IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LUKE SKRABLE**                                                                     **PLAINTIFF**

v.                       No. 4:15-cv-497-DPM

**MARK STODOLA, Little Rock Mayor, and
BRUCE T. MOORE, Little Rock City Manager,
Both Individually and in Their Official Capacities**        **DEFENDANTS**

ORDER

      1.        The Court screened Skrable's complaint, concluding that he stated plausible claims against Mayor Stodola, but not against City Manager Moore or City Attorney Carpenter. № 3. The day after the Court ruled, Skrable filed an amended complaint alleging more facts against Moore. № 4. The Court must now screen Skrable's new pleading. 28 U.S.C. § 1915(e)(2). Skrable says that Moore banned him from all city-owned buildings and barred him from personal contact with city employees. № 4. This allegation states plausible Fourteenth Amendment and First Amendment claims against Moore. The merits of those claims remain to be seen.

      2.        The Court directs the Clerk to prepare summons for Moore. The United States Marshal shall serve the summons, the complaint, № 2, the amended complaint, № 4, and this Order on Moore without prepayment of

fees and costs or security.

3. The Court directs Skrable to familiarize himself with this Court's Local Rules, http://www.are.uscourts.gov/court-info/local-rules-and-orders/local-rules, and the Federal Rules of Civil Procedure. Even though *pro se*, Skrable must follow all these rules. For example, the incorporation of one complaint into another is not allowed and creates difficulties for all. Any future proposed amended complaint must be complete. FED. R. CIV. P. 8.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 September 2015