IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LUKE SKRABLE**                                                              **PLAINTIFF**

V.                                  **NO. 4:15-CV-497-BD**

**MARK STODOLA,**
**BRUCE MOORE, and**
**CITY OF LITTLE ROCK**                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, judgement is hereby entered in favor of Defendants Mark Stodola, Bruce Moore and City of Little Rock and against the Plaintiff Luke Skrable.

IT IS SO ORDERED, this 25th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE